**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| FREDRICK WAID, appointed co-special administrator of the Estate of Robert Anderson Jr.; JENNIFER ANDERSON, as co-special administrator of the Estate of Robert Anderson Jr.; JENNIFER ANDERSON, individually; M. R. A., a minor, through parent and guardian Jennifer Anderson; S. G. A., a minor, through parent and guardian Jennifer Anderson, | No.22-15382<br><br>D.C. No.<br>3:20-cv-00435-LRH-CSD<br><br><br>ORDER |
| *Plaintiffs-Appellants*, | |
| v. | |
| COUNTY OF LYON; TIMOTHY WRIGHT; BRETT WILLEY, | |
| *Defendants-Appellees*. | |

Filed April 11, 2024

Before:  Marsha S. Berzon, Ryan D. Nelson, and Bridget S. Bade, Circuit Judges.

Order

**ORDER**

Judge R. Nelson and Judge Bade voted to deny the petition for panel rehearing and the petition for rehearing en banc. Judge Berzon voted to grant the petition for panel rehearing and recommended granting the petition for rehearing en banc. The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 35(a). Appellants' petition for panel rehearing or rehearing en banc, Dkt. 53, is DENIED.